

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00052-CR

| | | |
|---|---|---|
| CHANTEL MARIAH SEGURA, Appellant | § | On Appeal from the 415th District Court |
| | § | of Parker County (CR19-0705) |
| V. | § | July 21, 2022 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The trial court's judgment is modified to delete the checkmarks next to "repayment of reward fine – as Cond of CS (Art. 42A.301(b)(17), Code Crim. Proc.)" and "repayment of reward fine – as Cond of CS (Art. 42A.301(b)(20) Code Crim. Proc.)." The trial court's judgment is also modified to delete the $10 courthouse-security charge and to replace that charge with a $5 courthouse-security charge; to delete the $185 consolidated-court-costs charge and to

replace that charge with a $133 consolidated-court-costs charge; and to delete from the bill of costs the $1 county-jury-fund fee and the $25 county-specialty-court-fund fee. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr